**STATE of Missouri, Respondent,**

v.

**Troy Tile HOLIFIELD, Appellant.**

**No. 49659.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 17, 1985.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from jury convictions for delivery of an imitation controlled substance, in violation of § 195.020.6, RSMo 1978 and the sale of marijuana, in violation of § 195.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).